1  ROBERT A. CASSIO   SBN: 179197
   Attorney At Law
2  Civic Center Square
   2300 Tulare St., Ste. 230
3  Fresno, California   93721
   Telephone:   (559) 498-6310
4  Facsimile:    (559) 498-8580

5  Attorney for Defendant LESLIE L. GRAHAM

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )  CASE NO.   1:06 CR 00314 LJO
                                )
11              Plaintiff,      )
                                )  STIPULATION TO CONTINUE HEARING
12       v.                     )
                                )
13 LESLIE LEANNE GRAHAM,        )
                                )
14              Defendant.      )
                                )
15 _____)

17       The parties hereto, by and through their respective attorneys, stipulate and agree that the

18 hearing currently set for October 20, 2006, at 10:30 a.m., be continued to November 15, 2006, at

19 10:00 a.m.

20       The parties also agree that any delay resulting from this continuance shall be excluded in the

21 interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

22 Dated: October 18, 2006              /s/ Robert A. Cassio
                                        ROBERT A. CASSIO
23                                      Attorney for Defendant
                                        LESLIE LEANNE GRAHAM
24

25 Dated: October 18, 2006              /s/ Stanley Boone
                                        STANLEY BOONE
26                                      Assistant United States Attorney
                                        **This was agreed to by Mr. Boone**
27                                      **via telephone on October 17, 2006**

28 / /

1  IT IS SO ORDERED.

2  **Dated:**   **October 19, 2006**              **/s/ Dennis L. Beck**
   3b142a                                         UNITED STATES MAGISTRATE JUDGE