1  ROBERT A. CASSIO   SBN: 179197
   Attorney At Law
2  Civic Center Square
   2300 Tulare St., Ste. 230
3  Fresno, California   93721
   Telephone:     (559) 498-6310
4  Facsimile:     (559) 498-8580

5  Attorney for Defendant LESLIE L. GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.   1:06-CR-00314 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND |
|  | ) DEFENDANT'S TIME TO FILE MOTION |
| v. | ) AND GOVERNMENT'S TIME TO |
|  | ) TIME TO RESPOND TO DEFENDANT'S |
| LESLIE LEANNE GRAHAM, | ) MOTION |
| Defendant. | ) Date:  January 18, 2007 |
|  | ) Time:  10:00 a.m. |
|  | ) Dept.:  7 |
|  | ) Honorable Sandra M. Snyder |

The parties hereto, by and through their respective attorneys, stipulate and agree that the Defendant's motion currently due on December 22, 2006, shall be extended to Wednesday, December 27, 2006, at 12:00 p.m.

The parties further agree that the Government's response to Defendant's motion, currently due on January 8, 2007, shall be extended to Friday, January 12, 2007, at 5:00 p.m.

The parties also agree that any delay resulting from these extensions shall be excluded in the interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

Dated: December 22, 2006                    /s/ Robert A. Cassio
                                            ROBERT A. CASSIO
                                            Attorney for Defendant
                                            LESLIE LEANNE GRAHAM

/ /

/ /

1 | Dated: December 22, 2006                         /s/ Stanley Boone
                                                    STANLEY BOONE
2                                                   Assistant United States Attorney
                                                    **This was agreed to by Mr. Boone**
3                                                   **via telephone on December 22, 2006**

4

5      IT IS SO ORDERED.

6      **Dated:    December 26, 2006**              **/s/ Dennis L. Beck**
  3b142a                                          UNITED STATES MAGISTRATE JUDGE
7