McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-CR-314 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTION |
| v. | ) | HEARING |
| | ) | |
| LESLIE LEANNE GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK McKEON, Assistant United States Attorney for Plaintiff and ROBERT A. CASSIO, attorney for Defendant, that the defendant's response to Government's Response to Defendant's Motion currently scheduled for January 11, 2007, shall be continued to **January 16, 2007,** and the motion hearing currently scheduled for January 8, 2007 at 10:00 a.m. shall be continued until **January 25, 2007 at 10:00 a.m.**

///

///

///

1

1    The parties agree that the delay resulting from the continuance
2 shall be excluded in the interests of justice, pursuant to U.S.C. §§
3 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: December 27, 2006          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                   By   /s/Mark McKeon
                                          MARK McKEON
                                          Assistant U.S. Attorney

                                          /s/Robert A. Cassio
Dated: December 27, 2006          ROBERT A. CASSIO
                                          Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-CR-314 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING MOTION |
| v. | ) | HEARING |
| | ) | |
| LESLIE LEANNE GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Per the parties stipulation, IT IS HEREBY ORDERED that the defendant's response to Government's Response to Defendant's Motion currently scheduled for January 11, 2007, shall be continued to **January 16, 2007,** and the motion hearing currently scheduled for January 8, 2007 at 10:00 a.m. shall be continued until **January 25, 2007 at 10:00 a.m.**

IT IS SO ORDERED.

**Dated:   January 11, 2007**          /s/ **Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE