```
 1  ROBERT A. CASSIO   SBN: 179197
    Attorney At Law
 2  Civic Center Square
    2300 Tulare Street, Suite 230
 3  Fresno, California  93721
    Telephone:    (559) 498-6310
 4  Facsimile:    (559) 498-8580

 5  Attorney for Defendant LESLIE L. GRAHAM

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      ) CASE NO.   1:06-CR-314 LJO
                                   )
11              Plaintiff,          )
                                   ) STIPULATION AND ORDER
12       v.                        )
                                   )
13  LESLIE LEANNE GRAHAM,           )
                                   )
14              Defendant.          )
                                   )
15  _____   )
```

16

17     The parties hereto, by and through their respective attorneys, stipulate and agree that the

18  trial currently set for April 11, 2007, at 9:00 a.m., be continued to May 2, 2007, at 9:00 a.m., in the

19  above-entitled court.

20     The parties further stipulate and agree that the Motion In Limine hearing currently set for

21  April 10, 2007, at 10:00 a.m., be continued to April 26, 2007, at 10:00 a.m., in the above-entitled

22  court.

23     The parties also agree that any delay resulting from this continuance shall be excluded in the

24  interest of justice due to unavailability of defense counsel for trial pursuant to U.S.C. §§

25  3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

26  Dated: April 10, 2007                      /s/ Mark J. McKeon
                                               MARK J. McKEON
27                                             Assistant United States Attorney
                                               **This was agreed to by Mr. McKeon**
28                                             **via telephone on April 6, 2007**

1 | Dated: April 10, 2007

/s/ Robert A. Cassio
ROBERT A. CASSIO
Attorney for Defendant
LESLIE LEANNE GRAHAM

IT IS SO ORDERED.

**Dated:  April 11, 2007**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE