```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare St, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 1:06-cr-0314
                                 )
11               Plaintiff,      )
                                 )
12       v.                      )   STIPULATION TO SET STATUS
                                 )   CONFERENCE AND TO EXCLUDE TIME;
13  LESLIE LEANNE GRAHAM         )   ORDER THEREON
                                 )
14                               )
                                 )
15               Defendant.      )
    _____ )
16
```

17       This matter was previously set for trial on June 26, 2007.
18  The trial date was vacated at the request of the defendant
19  because of the medical condition of the defendant.  In addition,
20  essential defense witnesses are unavailable because they are
21  serving in the United States armed forces in Iraq.  Accordingly,
22  the parties stipulate and agree that this matter may be set for a
23  status conference on May 15, 2008, at 10:00 a.m.  On the date the
24  court may determine whether a further continuance is necessary
25  due to witness unavailability, or whether the matter can be
26  scheduled for trial.
27       The parties further stipulate and agree that the time
28  between June 26, 2007 and May 15, 2008, should be excluded from

1

```
the calculation of time under the Speedy Trial Act under 18
U.S.C. § 3161(h)(3)(A) and (4).
```

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: March 13, 2008         By:   /s/ Mark J. McKeon
                                          MARK J. McKEON
                                          Assistant U.S. Attorney

DATE: March 13, 2008              /s/ Robert Allen Cassio
                                          ROBERT ALLEN CASSIO
                                          Attorney for Defendant

    IT IS SO ORDERED.

    **Dated:**  **March 13, 2008**                **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE