MCGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-cr-0314 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO SET STATUS |
| ) | CONFERENCE AND TO EXCLUDE TIME; |
| LESLIE LEANNE GRAHAM ) | ORDER THEREON |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that:

1. To provide the parties with an opportunity to discuss possible resolutions of this case and, if necessary, the preparation of appropriate motions, the status conference and motions hearing presently scheduled for June 12, 2008, shall be continued to July 31, 2008; and

2. The resulting period of delay occurring between June 12, 2008, and the date for a further status conference or hearing

//

//

//

1

of motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F) and (h)(8)(A).

DATE: June 10, 2008            McGREGOR W. SCOTT
                               United States Attorney


                         By:   /s/ Mark J. McKeon
                               MARK J. McKEON
                               Assistant U.S. Attorney


DATE: June 10, 2008            /s/ Robert Allen Cassio
                               ROBERT ALLEN CASSIO
                               Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated:   **June 10, 2008**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE