# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**LESLIE LEANNA GRAHAM** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:06CR00314-001**<br><br>Robert Allen Cassio<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to counts: <u>one (1) and two (2) of the Superseding Information</u> .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 43 C.F.R 2932.57(a)(1) and 16 U.S.C. 6811(d) | Failing to Pay Fee For a Special Recreation Permit For Commercial Use of Public Land | 12/12/2004 | one (1) |
| 43 C.F.R 2932.57(a)(1) and 16 U.S.C. 6811(d) | Failing to Pay Fee For a Special Recreation Permit For Commercial Use of Public Land | 03/06/2005 | two (2) |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]  <u>Original Information</u> is dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 18, 2008
Date of Imposition of Judgment

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

October 9, 2008
Date

| | | |
|---|---|---|
| CASE NUMBER: | 1:06CR00314-001 | Judgment - Page 2 of 2 |
| DEFENDANT: | LESLIE LEANNA GRAHAM | |

## UNSUPERVISED PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation for a term of <u>2 years</u> .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of controlled substance.  The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month. (NOT APPLICABLE)

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

[ ]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

[ ]   The defendant shall submit to the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[ ]   The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student.  (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall complete 50 hours of community service as to each count concurrently, in lieu of $500.00 fine.  Defendant to mail, directly to chambers, proof of completion of community service. Proof of completion to be mailed to U.S.D.C., Attn: Chambers of Judge Snyder, 2500 Tulare Street, Room 1501, Fresno, California 93721.

2. The defendant is ordered to obey all laws (local, state and federal).

3. The Defendant is to report any new arrests immediately to the Clerk of the Court.

4. A REVIEW hearing has been set for the defendant on 2/05/2009 at 1:30 p.m. before Magistrate Judge Synder.  If the Court has received proof of completion of community service hours, the Defendant need not appear (Rule 43).